Anderson et ux. *v.* Supplee-Wills-Jones
Milk Company, Appellant.

Argued October 22, 1935.

Before KELLER, P. J., BALDRIGE, STADT-
FELD, PARKER, JAMES and RHODES, JJ.

388

*Charles E. Kenworthey,* with him *Evans, Bayard & Frick,* for appellant.

*Claude O. Lanciano,* with him *William Charles Brown,* for appellees.

PER CURIAM, November 13, 1935:
The judgments are affirmed on the opinion of Judge ALESSANDRONI.